UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANNE JEDIDI-STANDLEY, | ) | Case No. C18-5822-MLP |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION FOR EAJA FEES, EXPENSES |
| v. | ) | AND COSTS |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees, expenses and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §§ 2412 and 1920. (Dkt. # 16.) The Commissioner "has no objection to this request." (Dkt. # 17 at 1.) Accordingly, the Court ORDERS that Plaintiff's unopposed motion (dkt. # 16) is GRANTED, and that attorney fees in the amount of $4,677.12, expenses in the amount of $10.68, and costs in the amount of $444.80 be awarded to Plaintiff.

DATED this 22nd day of May, 2019.

_____

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER
PAGE - 1